UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF
LOUISIANA

| | | |
|---|---|---|
| **WENCESLAUS PROVOST, JR.** | * | **CIVIL ACTION NO: 18-8845** |
| | * | |
| **VERSUS** | * | **JUDGE: JAY C. ZAINEY** |
| | * | |
| **FIRST GUARANTY BANK** | * | **MAGISTRATE JUDGE:** |
| | * | **JOSEPH C. WILKINSON, JR.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion to Withdraw as counsel for Plaintiff Wenceslaus Provost, Jr.;

IT IS ORDERED that Emily Posner, La. Bar No. 35284, be permitted to immediately withdraw as counsel for Plaintiff in this proceeding;

IT IS FURTHER ORDERED that the case is STAYED and CLOSED until Plaintiff retains local counsel pursuant to Local Rule 83.2.5. Upon Plaintiff's motion to re-enroll local counsel, the case will be opened.

New Orleans, Louisiana this 28th day of September, 2018.

_____
Judge Jay C. Zainey